## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>ROBERTS, NEIL A.<br>ROBERTS, MICAH M.<br><br><br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-71939 MB<br><br>HONORABLE  MANUEL BARBOSA |

### TRUSTEE'S FINAL REPORT

To:    THE HONORABLE  MANUEL BARBOSA
       BANKRUPTCY JUDGE

NOW COMES JOSEPH D. OLSEN, Trustee herein, and respectfully submits to the Court

and to the United States Trustee his/her Final Report in accordance with 11 U.S.C. §704(9).

1.    JOSEPH D. OLSEN was appointed as the Chapter 7 trustee ("Trustee").  The Petition

commencing this case was filed on 08/15/07.  An order for relief under Chapter 7 was entered on

08/15/07.  The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.    The Trustee certifies that he/she has concluded the administration of this estate and has

performed the duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of

the estate have either been converted to cash, disposed of under orders of this Court, or are sought

to be abandoned by the Trustee; there is no other property belonging to the estate; there are no

matters pending or undetermined; claims have been reviewed as necessary and appropriate; and all

claim objections have been resolved to the best of the Trustee's knowledge.  The Trustee certifies

that this estate is ready to be closed.  The tasks performed by the Trustee are set forth on Exhibit A.

3.      The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought

to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the Trustee's Final Report as of April 3, 2008 is as follows:

| | | | |
|---|---|---|---:|
| a. | | RECEIPTS (See Exhibit C) | 5,008.30 |
| b. | | DISBURSEMENTS (See Exhibit C) | 0.00 |
| c. | | NET CASH available for distribution | 5,008.30 |
| d. | | TRUSTEE/PROFESSIONAL COSTS | |
| | 1. | Trustee compensation requested (See Exhibit E.) | 1,250.83 |
| | 2. | Trustee Expenses (See Exhibit E.) | 42.38 |
| | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F.) | 0.00 |
| | 4. | Estimated compensation and expense reimbursement request (See Exhibit F.) | |

5.      The Bar Date for filing unsecured claims expired on 02/07/08.

6.      All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by

the Trustee (as necessary and appropriate, a copy of the Trustee's proposed distribution is attached

as Exhibit D).  The actual dollar amount of claims allowed and/or requested for this estate is as

follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | 0.00 |
| b. | Chapter 7 administrative and 28 U.S.C. §1930 claims | 1,293.21 |
| c. | Allowed Chapter 11 administrative claims | 0.00 |
| d. | Allowed priority claims | 0.00 |
| e. | Allowed unsecured claims | 25,088.38 |

7.      Trustee proposes that unsecured creditors receive a distribution of 16.38% of allowed claims.

8.    Total compensation and expense previously awarded to Trustee's counsel, accountant or other

professional was $0.00. Professional's compensation and expense requested but not yet allowed is

$0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is 0.00.

(A summary of the professional fees and expenses previously requested is attached hereto as Exhibit

G.)

9.    A fee of $801.00 was paid to Debtor's counsel for services rendered in connection with this

case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

       WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are

true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C.

§§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation

and reimbursement of expenses and make final allowance of the administrative claims and expenses

stated in this Report and for such other relief as the Court shall deem proper.

                            RESPECTFULLY SUBMITTED:


DATE: _____ 4/3/08                    _s/s  Joseph D. Olsen_ _____ ___ __ ____
                                      JOSEPH D. OLSEN
                                      YALDEN, OLSEN & WILLETTE
                                      1318 EAST STATE STREET
                                      ROCKFORD, IL 61104-2228

## EXHIBIT A

### TRUSTEE NARRATIVE

Very simple case, equity in vehicle which Debtor bought back from Trustee. Since small amount of estate, trustee's attorney has waived attorneys fees.

### TASKS PERFORMED BY TRUSTEE

1.  Preliminary review of Debtor's Petition, Statement of Affairs and Schedules prior to conduct of First Meeting of Creditors;

2.  Examination of Debtor at First Meeting of Creditors, discovery of potential assets including;

    a)  Liquidate vehicle.

3.  Conducted preliminary discovery with regard to the location and identity of the Debtor's underlying financial affairs;

4.  Prepared all forms necessary for the administration of the estate including the estate property record, cash receipts and disbursements ledgers, employer identification number, opening of depository accounts, preparation of final and supplemental final reports;

5.  Review of the Debtor's financial records with regard to other avoidable transfers or undisclosed assets;

6.  Conferences with Trustee's attorneys regarding the progress of liquidation/recovery of estate assets;

7.  Preliminary review of all correspondence and pleadings generated or received by the Trustee's attorneys;

8.  Review of Proof of Claim document, preparation of memo re:  preliminary grounds for objection to same;

9.  Fielded all creditor inquiries regarding the administration of the estate.


(See time records attached.)

**Yalden, Olsen & Willette**

# Invoice

FEIN 36-4156203
1318 East State Street
Rockford, IL 61104              .

| DATE | INVOICE # |
|------|-----------|
| 4/3/2008 | 13411 |

| BILL TO |
|---------|
| U.S. Bankruptcy Court<br>211 South Court<br>Rockford, IL 61101 |

|  | CASE NUMBER | IN REFERENCE TO: |
|------|-------------|------------------|
| UST | 07-71939 | Roberts-Trustee Time |

| DATE | ATTY | PROFESSIONAL SERVICES | QTY/HRS | PRICE |
|------|------|----------------------|---------|-------|
| 10/22/2007 | UST | Conference with Debtors' counsel regarding buyout of vehicle, explanation of $4,000.00 withdrawal. | 0.3 | 0.00 |
| 11/2/2007 | UST | Review of file, voice mail to Debtor's counsel regarding vehicle buyout. | 0.2 | 0.00 |
| 1/17/2008 | UST | Balancing bank statement on Chase system. | 0.15 | 0.00 |
| 2/7/2008 | UST | Review of file, preparation of case progress report. | 0.2 | 0.00 |
| 2/11/2008 | UST | Review of proof of claim docket (Claims #1 through #9) for preliminary objections thereto. | 0.3 | 0.00 |
| 2/11/2008 | UST | Balancing bank statement. | 0.15 | 0.00 |
| 3/10/2008 | UST | Balancing bank statement. | 0.15 | 0.00 |
| 3/31/2008 | UST | Estimated time to close:  Preparation of final report, supplemental final report, dividend letters to creditors, court appearance re: same. | 2 | 0.00 |
|  | Reimb Group | COSTS ADVANCED: |  |  |
| 11/19/2007 |  | ccs of Notice of Motion to Authorize (56 x .15) - $8.40 |  | 8.40 |
| 11/19/2007 |  | postage: Notice to Authorize (28 x .41) - $11.48 |  | 11.48 |
| 3/31/2008 |  | ccs: Final Report (150 x .15) - $22.50 |  | 22.50 |
|  |  | Total Reimbursable Expenses |  | 42.38 |

| **Total** | $42.38 |
|-----------|--------|

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-71939 MB
**Case Name:** ROBERTS, NEIL A.
ROBERTS, MICAH M.
**Period Ending:** 04/04/08

**Trustee:** (330400)    JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 08/15/07 (f)
**§341(a) Meeting Date:** 09/11/07
**Claims Bar Date:** 02/07/08

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 5732 Petwarth, Rockford IL | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking & savings account with Members Alliance | 400.00 | 0.00 | DA | 0.00 | FA |
| 3 | Misc. household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Term policy from employment | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Pension | Unknown | 0.00 | DA | 0.00 | FA |
| 7 | 401k | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2001 Hyundai Santa Fe | 6,350.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2006 Dodge Ram 1500 | 21,600.00 | 5,000.00 | | 5,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 8.30 | Unknown |
| 10 | **Assets    Totals (Excluding unknown values)** | **$190,850.00** | **$5,000.00** | | **$5,008.30** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    **Current Projected Date Of Final Report (TFR):**    April 5, 2008 (Actual)

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 07-71939 MB |
|---|---|
| Case Name: | ROBERTS, NEIL A. |
| | ROBERTS, MICAH M. |
| Taxpayer ID #: | 13-7581078 |
| Period Ending: | 04/04/08 |

| Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ****-****20-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/08/07 | {9} | Micah Roberts | equity in 06 Dodge | 1129-000 | 5,000.00 | | 5,000.00 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.53 | | 5,001.53 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.54 | | 5,004.07 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 2.28 | | 5,006.35 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.02 | | 5,007.37 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.93 | | 5,008.30 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 5,008.30 | 0.00 | **$5,008.30** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 5,008.30 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | **$5,008.30** | **$0.00** | |

{} Asset reference(s)

Printed: 04/04/2008 07:33 AM    V.10.03

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-71939 MB
**Case Name:** ROBERTS, NEIL A.
ROBERTS, MICAH M.
**Taxpayer ID #:** 13-7581078
**Period Ending:** 04/04/08

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-****20-66 - Checking Account
**Blanket Bond:** $1,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Net Receipts :  5,008.30
Net Estate :  $5,008.30

| TOTAL - ALL ACCOUNTS | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|
| MMA # ***-****20-65 | | | 5,008.30 | 0.00 | 5,008.30 |
| Checking # ***-****20-66 | | | 0.00 | 0.00 | 0.00 |
| | | | $5,008.30 | $0.00 | $5,008.30 |

() Asset reference(s)

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>ROBERTS, NEIL A.<br>ROBERTS, MICAH M.<br><br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-71939 MB<br><br>HONORABLE  MANUEL BARBOSA |

## DISTRIBUTION REPORT

I, <u>JOSEPH D. OLSEN</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 1,293.21 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 3,715.09 |
| Tardily-Filed Unsecured Claims: | $ 0.00 |
| Fines, Penalties & Punitive Damages: | $ 0.00 |
| Post-Petition Interest: | $ 0.00 |
| Surplus to Debtor: | $ 0.00 |

TOTAL AMOUNT TO BE DISTRIBUTED:        $ 5,008.30

**DISTRIBUTION REPORTS**                                                    **PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | Secured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $1,293.21 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | JOSEPH D. OLSEN | 1,250.83 | 1,250.83 |
| | JOSEPH D. OLSEN | 42.38 | 42.38 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

**DISTRIBUTION REPORTS**                                                                      **PAGE 2**

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

**DISTRIBUTION REPORTS**                                              **PAGE 3**

| 8. | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|----|-------------------|----------------------------|----------------------|
|    | §507(a)(6) - Deposits by consumers to the extent of $1,800.00 | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|------------------|--------------|--------------------|--------------------|

| 9. | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|----|-------------------|----------------------------|----------------------|
|    | §507(a)(7) - Alimony | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|------------------|--------------|--------------------|--------------------|

| 10. | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|-----|-------------------|----------------------------|----------------------|
|     | §724(b)(6) - Tax Liens | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|------------------|--------------|--------------------|--------------------|

| 11. | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|-----|-------------------|----------------------------|----------------------|
|     | §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|------------------|--------------|--------------------|--------------------|

**DISTRIBUTION REPORTS**  **PAGE 4**

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $22,677.52 | 16.38% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 1 | Recovery Management Systems Corporation | 677.17 | 110.94 |
| 2 | Recovery Management Systems Corporation | 771.94 | 126.46 |
| 3 | MEMBERSALLIANCE CREDIT UNION | 2,547.46 | 417.33 |
| 4 | B-Real, LLC | 368.80 | 60.42 |
| 5 | Target National Bank | 4,587.82 | 751.59 |
| 6 | Discover Bank/DFS Services LLC | 11,681.04 | 1,913.61 |
| 8 | Chase Bank USA,N.A. | 853.95 | 139.90 |
| 9 | United States Department of Education | 1,189.34 | 194.84 |

**DISTRIBUTION REPORTS**                                                            **PAGE 5**

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $2,410.86 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 10 | LVNV Funding LLC its successors and assigns as | 2,410.86 | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(5) - Interest | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**DISTRIBUTION REPORTS**                                          PAGE 6

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant or barred from distribution.

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOW /WITHDRAW DESIGNATE |
|---|---|---|---|---|
| Secured | 7 | Capital One Auto Finance C/O Ascension Capital Group PO Box 201347 Arlington, TX  76006- | $   8,929.92 | Allowed-but no distribution to be made |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:_____4/3/08_                    _s/s   Joseph D. Olsen_____
                                         JOSEPH D. OLSEN, Trustee