Case Name: ROBERTS, NEIL A.
　　　　　　　ROBERTS, MICAH M.
Case No:　　07-71939

## CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: April 7, 2008　　　　　　　　WILLIAM T. NEARY
　　　　　　　　　　　　　　　　　United States Trustee, Region 11


BY:　　 */s/ Carole J. Ryczek*　　　
　　　　CAROLE J. RYCZEK
　　　　Attorney for the U.S. Trustee