## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>ROBERTS, NEIL A.<br>ROBERTS, MICAH M.<br><br>Social Security/Employer Tax ID Number:<br>xxx-xx-4803 13-7581078<br>　　　　　　　Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-71939 MB<br><br>HONORABLE  MANUEL BARBOSA |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1.　　NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **MAY 5, 2008 at 9:30 A.M.**

2.　　The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.　　The following applications for compensation have been filed:

| APPLICANT | COMPENSATION<br>PREVIOUSLY<br>PAID | FEES NOW<br>REQUESTED | EXPENSES<br>NOW<br>REQUESTED |
|---|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 1,250.83 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | | 42.38 |

4.    The Trustee's Final Report shows total:

|  |  |  |
|---|---|---|
| a. | Receipts | $ 5,008.30 |
| b. | Disbursements | $ 0.00 |
| c. | Net Cash Available for Distribution | $ 5,008.30 |

5.    In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $3,715.09, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $22,677.52.

6.    The debtors have been discharged.

7.    The Trustee proposed to abandon the following property at the hearing:

_____4/3/08_____                              s/s  Joseph D. Olsen_____
DATE

# CERTIFICATE OF SERVICE

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0752-3        User: jshores          Page 1 of 2        Date Rcvd: Apr 08, 2008
Case: 07-71939              Form ID: pdf002         Total Served: 40
```

The following entities were served by first class mail on Apr 10, 2008.
```
db          +Neil A. Roberts,   5732 Petworth,   Rockford, IL 61109-1775
jdb         +Micah M. Roberts,   5732 Petworth,   Rockford, IL 61109-1775
aty         +John J Carrozza,   Brian  A. Hart Law Offices,   308 W. State Street,   Suite M-8,
             Rockford, IL 61101-1139
tr          +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
11548512     AT&T Universal Platimum Card,   PO Box 688907,   Des Moines, IA 50368-8907
11548513     Bank Of America,   Business Card,   PO Box 5184,   Wilmington, DE 19850-5184
11548515     Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
11548514     Bank of America,   PO Box 15027,   Wilmington, DE 19850-5027
11548516     Bergner's Retail Services,   PO Box 15521,   Wilmington, DE 19850-5521
11548518     CAPITAL ONE AUTO FINANCE,   P.O. Box 260848,   Plano, TX 75026-0848
11548517     Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
11805672    +Chase Bank USA,N.A.,   P O Box 740933,   Dallas, TX 75374-0933
11548521     FASHION BUG,   P.O. Box 84073,   Columbus, GA 31908-4073
11548522    +First National Credit Bureau, INC,   610 Waltham Way,   Sparks, NV 89434-6695
11548523    +GC SERVICES,   6330 Gulfton,   Houston, TX 77081-1198
11548524     Home Depot Credit Services,   PO Box689100,   Des Moines, IA 50368-9100
11548525    +Kohl's,   P.O. Box 2983,   Milwaukee, WI 53201-2983
11548526     Linens-N-Things,   PO Box 530942,   Atlanta, GA 30353-0942
11548528    +MEMBERSALLIANCE CREDIT UNION,   c/o William A Reilly,   6801 Spring Creek Rd 2D,
             Rockford, IL 61114-7420
11548529     New York & Company,   PO Box 18122,   Columbus, OH 43218-0122
11548530     Old Navy,   PO Box 530942,   Atlanta, GA 30353-0942
11741555    +Recovery Management Systems Corporation,   For GE Money Bank,   dba Linens 'N Things,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11741553    +Recovery Management Systems Corporation,   For GE Money Bank,   dba OLD NAVY,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11548531    +Target National Bank,   P.O. Box 59317,   Minneapolis, MN 55459-0317
11752089     Target National Bank,   c o Weinstein and Riley, PS,   po box 3978,   seattle, WA 98124-3978
11548534     U.S. Dept. of Education,   P.O. Box 530260,   Atlanta, GA 30353-0260
11548533    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,   P.O. Box 790084,   Saint Louis, MO 63179)
11548532    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,   P.O. Box 790408,   Saint Louis, MO 63179-0408)
11548535     US Bank*,   P.O. Box 5227,   Cincinnati, OH 45202-5227
11809660     United States Department of Education,   Direct Loan Servicing Center,   P.O. Box 5609,
             Greenville, TX 75403-5609
11548536     WELLS FARGO FINANCIAL ILLINOIS, INC,   4920 East State Street,   Rockford, IL 61108-2272
11548538     WFNNB/GORDMAN'S,   PO Box 2984,   Shawnee Mission, KS 66201-1384
11548539     WFNNB/Victoria's Secret,   PO BOX 659728,   San Antonio, TX 78265-9728
11548537    +WFfinance,   1115 N. Salem Dr.,   Schaumburg, IL 60194-1332
```

The following entities were served by electronic transmission on Apr 09, 2008.
```
11746934     E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Apr 09 2008 04:03:29   B-Real, LLC,   MS 550,
             PO Box 91121,   Seattle, WA 98111-9221
11795967    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Apr 09 2008 04:03:18
             Capital One Auto Finance,   c/o Ascension Capital Group,   POB 201347,
             Arlington, TX 76006-1347
11565167    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Apr 09 2008 04:03:30
             Capital One Auto Finance Department,   c/o Ascension Capital Group,   P O Box 201347,
             Arlington, TX 76006-1347
11764956     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 09 2008 04:32:15
             Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
11548520    +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 09 2008 04:32:15   Discover More Card,
             PO Box 30943,   Salt Lake City, UT 84130-0943
11962215     E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11548526     E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2008 04:04:57   Linens-N-Things,   PO Box 530942,
             Atlanta, GA 30353-0942
11548530     E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2008 04:04:54   Old Navy,   PO Box 530942,
             Atlanta, GA 30353-0942
11741555    +E-mail/PDF: rmscedi@recoverycorp.com Apr 09 2008 04:05:01
             Recovery Management Systems Corporation,   For GE Money Bank,   dba Linens 'N Things,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11741553    +E-mail/PDF: rmscedi@recoverycorp.com Apr 09 2008 04:05:01
             Recovery Management Systems Corporation,   For GE Money Bank,   dba OLD NAVY,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                              TOTAL: 10
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11548519     CHLD/CBSD
11548527     MCYFDSB
aty*        +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
                                                                       TOTALS: 2, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: jshores          Page 2 of 2          Date Rcvd: Apr 08, 2008
Case: 07-71939               Form ID: pdf002         Total Served: 40

        ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 10, 2008**                    **Signature:**